IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEMETRIUS L. COOPER,

              Plaintiff,

v.

ALLISON McGOWAN, KHRYSTYNA ROSENAU,
PATRICK GORMAN, MICHAEL BRITTEN,
NATHAN SANCHEZ, TERANCE LASH, and
KYLE TRITT,

              Defendants.

ORDER

17-cv-383-jdp

---

      Pro se plaintiff Demetrius L. Cooper is proceeding on deliberate indifference, conditions-of-confinement, and retaliation claims against defendant Waupun Correctional Institution (WCI) officials concerning their refusal to place Cooper in clinical observation status and subsequent retaliatory acts. In a May 15, 2018 order, I directed defendants to explain whether Cooper has adequate access to the law library or legal materials while in segregation at WCI. Dkt. 94. Defendants responded that Cooper has been transferred from WCI to the Wisconsin Secure Program Facility (WSPF), where he has access to the law library. Dkt. 96. In a June 1, 2018 telephonic status conference in a related case, *Cooper v. Meyer*, No. 16-cv-526 (W.D. Wis. filed July 25, 2016), Cooper confirmed that his transfer to WSPF "moots" the access to the court issue. So I need not wait for a written response from Cooper— I am satisfied that his right of access to the court is not being infringed.

      During the telephonic status conference, Cooper and an attorney for the state who represents the defendants in the '526 case indicated that they intend to mediate the claims in both cases. They asked that I stay litigation in this case pending mediation. I will stay

proceedings for 30 days or until the court locates counsel to represent Cooper for the purposes of mediation, at which time the parties may submit a report on mediation requesting an extension of the stay. But the April 15, 2019 trial date remains on the calendar.

ORDER

IT IS ORDERED that the proceedings in this case are STAYED for 30 days or until the court locates counsel to represent Cooper for the purposes of mediating this case and Case No. 16-cv-526. If the parties wish to extend the stay, they must submit a report on mediation.

Entered June 1, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge